UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

MARIA MARGARIS,

    Plaintiff,

v.

WALMART STORES EAST, LP,
a foreign corporation,

    Defendant.

USDC Case No: 2:21-CV-12068
Hon:

| | |
|---|---|
| Law Offices of Todd J. Stearn, P.C.<br>Todd J. Stearn (P51496)<br>Attorneys for Plaintiff<br>29829 Greenfield Road, Suite 101<br>Southfield, MI 48076<br>(248) 744-5000/(248) 744-5002 Fax<br>todd@tjslawfirm.com | Plunkett Cooney<br>Richard Szymczak (P29230)<br>Attorney for Defendant<br>38505 Woodward Avenue, Suite 100<br>Bloomfield Hills, MI 48304<br>(810) 342-7007/(248) 901-4040 Fax<br>rszymczak@plunkettcooney.com |

**NOTICE OF FILING REMOVAL**

**NOTICE OF REMOVAL TO FEDERAL COURT**

**VERIFICATION**

**CERTIFICATE OF SERVICE**

                        Respectfully submitted,

                        PLUNKETT COONEY

                        By: **/s/Richard G. Szymczak**
                            Richard G. Szymczak (P29230)
                            Attorney for Defendant
                            38505 Woodward Avenue
                            Suite 100
                            Bloomfield Hills, MI 48304
Dated: September 3, 2021      (810) 342-7007

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

MARIA MARGARIS,

        USDC Case No: 2:21-CV-12068
   Plaintiff,        Hon:

v.

WALMART STORES EAST, LP,
a foreign corporation,

   Defendant.

| Law Offices of Todd J. Stearn, P.C. | Plunkett Cooney |
|---|---|
| Todd J. Stearn (P51496) | Richard Szymczak (P29230) |
| Attorneys for Plaintiff | Attorney for Defendant |
| 29829 Greenfield Road, Suite 101 | 38505 Woodward Avenue, Suite 100 |
| Southfield, MI 48076 | Bloomfield Hills, MI 48304 |
| (248) 744-5000/(248) 744-5002 Fax | (810) 342-7007/(248) 901-4040 Fax |
| todd@tjslawfirm.com | rszymczak@plunkettcooney.com |

**NOTICE OF FILING REMOVAL**

TO:

| Todd J. Stearn, Esq. | Wayne County Circuit Court |
|---|---|
| Law Offices of Todd J. Stearn, P.C. | Clerk of the Court |
| 29829 Greenfield Road – Suite 101 | 2 Woodward Avenue |
| Southfield, MI 48076 | Detroit, MI 48226 |

    **PLEASE TAKE NOTICE** that this Defendant WALMART STORES EAST, LP,

has this day filed a Notice of Removal, a copy of which is attached hereto, in the

office of the Clerk of the United States District Court, Eastern District of Michigan, Southern Division.

                                PLUNKETT COONEY

                        By: */s/Richard G. Szymczak*
                           Richard G. Szymczak (P29230)
                           Attorney for Defendant
                           38505 Woodward Ave., Ste. 100
                           Bloomfield Hills, MI 48304
                           (810) 342-7007

Dated: September 3, 2021

## PROOF OF SERVICE

The undersigned certifies that on September 3, 2021, a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

- ☐ Hand delivery
- ☒ U.S. Mail
- ☐ Email
- ☐ Overnight mail
- ☐ Facsimile
- ☒ Electronic e-file

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

*/s/Della Dubovsky*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

MARIA MARGARIS,

      Plaintiff,

USDC Case No: 2:21-CV-12068
Hon:

v.

WALMART STORES EAST, LP,
a foreign corporation,

      Defendant.

| Law Offices of Todd J. Stearn, P.C. | Plunkett Cooney |
|---|---|
| Todd J. Stearn (P51496) | Richard Szymczak (P29230) |
| Attorneys for Plaintiff | Attorney for Defendant |
| 29829 Greenfield Road, Suite 101 | 38505 Woodward Avenue, Suite 100 |
| Southfield, MI 48076 | Bloomfield Hills, MI 48304 |
| (248) 744-5000/(248) 744-5002 Fax | (810) 342-7007/(248) 901-4040 Fax |
| todd@tjslawfirm.com | rszymczak@plunkettcooney.com |

**NOTICE OF REMOVAL TO FEDERAL COURT**
_____

TO:   Clerk of the Court
       Todd J. Stearn, Esq.

**NOW COMES** Defendant WALMART STORES EAST, LP, ("WM")by and through its attorneys of record, PLUNKETT COONEY, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal based upon the following reasons:

1. On or about July 23, 2021, Plaintiff filed a civil action in the Wayne County Circuit Court, State of Michigan, bearing Case No. 21-008937-NO, in which Maria Margaris is the Plaintiff and WM is the Defendant. A copy of the Complaint filed in the Wayne County Circuit Court is attached to this Notice of Removal as **Exhibit A.**

2. This action, as alleged in the Complaint, is a suit brought by Plaintiff against WM for negligence and premises liability.

3. This action is between citizens of different states. The Plaintiff is a resident of the County of Wayne, State of Michigan (see Paragraph 1 of **Exhibit A**). WM is a Delaware limited partnership whose members are WSE Management, LLC and WSE Investment ,LLC, both of which are Delaware limited liability companies based in Arkansas, also their domicile. The sole member of both WSE Management, LLC and WSE Investment, LLC is Walmart Stores East, LLC, which is an Arkansas limited liability company with its domicile and principal place of business in Bentonville, Arkansas. The sole member of Walmart Stores East, LLC is Walmart Inc., formerly Walmart Stores, Inc., a Delaware corporation with its principal place of business and domicile in Bentonville, Arkansas.

4. WM is not a corporation created or organized under the laws of the State of Michigan and does not have its principal place of business in the State of Michigan.

5. The action filed by Plaintiff against WM is one involving complete diversity of citizenship under 28 U.S.C. § 1332 as a civil action between citizens of the State of Michigan and the State of Arkansas.

6. WM asserts it is more likely than not that the amount in controversy sought by Plaintiff exceeds the jurisdictional requirements of 28 U.S.C. § 1332(a) because Plaintiff specifically alleges total damages "in excess of $25,000.00".

7. Plaintiff's Complaint sets forth allegations that she sustained injuries, which injuries have caused Plaintiff pain, suffering, disability and mental anguish, complete rotator cuff tear requiring surgery, ongoing shoulder pain and such other injuries as are discovered throughout the course and scope of the case.

8. This Notice of Removal is timely filed within thirty (30) days after the Complaint was filed and served upon WM, as the Complaint was served on August 6, 2021.

9. A written notice of the filing of this Notice of Removal has been given to all parties as required by law, and a proof of service is attached hereto as **Exhibit B**.

10. A written notice of this Removal has been filed with the Clerk of the Court for the Wayne County Circuit Court, State of Michigan, as provided by law.

11. Based upon the foregoing, WM is entitled to removal of this action to the United States District Court for the Eastern District of Michigan, under 28 U.S.C. § 1441, *et seq*.

**WHEREFORE**, Defendant, WALMART STORES EAST, LP, respectfully requests that it be allowed to effect removal of the within action from the 3rd Circuit Court for the County of Wayne, State of Michigan, to the United States District Court for the Eastern District of Michigan.

Respectfully submitted,

PLUNKETT COONEY

By: */s/Richard G. Szymczak*
Richard G. Szymczak (P29230)
Attorney for Defendant
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(810) 342-7007

Dated: September 3, 2021

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

MARIA MARGARIS,

      USDC Case No: 2:21-CV-12068

    Plaintiff,           Hon:

v.

WALMART STORES EAST, LP,
a foreign corporation,

    Defendant.

| Law Offices of Todd J. Stearn, P.C. | Plunkett Cooney |
|---|---|
| Todd J. Stearn (P51496) | Richard Szymczak (P29230) |
| Attorneys for Plaintiff | Attorney for Defendant |
| 29829 Greenfield Road, Suite 101 | 38505 Woodward Avenue, Suite 100 |
| Southfield, MI 48076 | Bloomfield Hills, MI 48304 |
| (248) 744-5000/(248) 744-5002 Fax | (810) 342-7007/(248) 901-4040 Fax |
| todd@tjslawfirm.com | rszymczak@plunkettcooney.com |

## VERIFICATION

RICHARD G SZYMCZAK, first being duly sworn, states that he is the attorney for Defendant and that the foregoing Notice of Removal is true in substance and in fact to the best of his knowledge, information, and belief.

                        Respectfully submitted,

                        PLUNKETT COONEY

                        By: ***/s/Richard G. Szymczak***
                             Richard G. Szymczak (P29230)
                             Attorney for Defendant
                             38505 Woodward Ave., Ste. 100
                             Bloomfield Hills, MI 48304
Dated: September 3, 2021      (810) 342-7007

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
SOUTHERN DIVISION

MARIA MARGARIS,

    Plaintiff,

v.

WALMART STORES EAST, LP,
a foreign corporation,

    Defendant.

USDC Case No: 2:21-CV-12068
Hon:

| Law Offices of Todd J. Stearn, P.C. | Plunkett Cooney |
|---|---|
| Todd J. Stearn (P51496) | Richard Szymczak (P29230) |
| Attorneys for Plaintiff | Attorney for Defendant |
| 29829 Greenfield Road, Suite 101 | 38505 Woodward Avenue, Suite 100 |
| Southfield, MI 48076 | Bloomfield Hills, MI 48304 |
| (248) 744-5000/(248) 744-5002 Fax | (810) 342-7007/(248) 901-4040 Fax |
| todd@tjslawfirm.com | rszymczak@plunkettcooney.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021, I electronically filed ***Defendant's Notice of Filing Removal, Notice of Removal to Federal Court, Verification, and Certificate of Service*** with the Clerk of the Court using the ECF system, or in the alternative, I have mailed by United States Postal Service to any parties that are not ECF participants.

Respectfully submitted,

PLUNKETT COONEY


By: */s/Richard G. Szymczak*
     Richard G. Szymczak (P29230)
     Attorney for Defendant
     38505 Woodward Ave., Ste. 100
     Bloomfield Hills, MI 48304
     (810) 342-7007


Open.13046.14042.27110986-1

4